UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>       Defendants. | Civil Action No. 4:25-cv-04477<br><br>**DECLARATION OF JOE KENDALL IN SUPPORT OF THE MOTION OF DOUGLAS SNYDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, Joe Kendall, hereby declare as follows:

1. I am an attorney with the law firm Kendall Law Group, PLLC, local counsel for Lead Plaintiff movant Douglas Snyder ("Snyder") and proposed Texas Local Counsel for the Class in the above-captioned action. I make this declaration in support of the Motion of Snyder for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: Press release published September 21, 2025 on *Business Wire*, announcing the pendency of the securities class action against the defendants herein;

Exhibit B: Snyder's Signed PSLRA Certification;

Exhibit C: Analysis of Snyder's financial interest;

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E: Firm résumé of Kendall Law Group, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 20th day of November 2025.

*/s/ Joe Kendall*
Joe Kendall

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, November 20, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                       */s/ Joe Kendall*
                                       Joe Kendall