# EXHIBIT C

## Financial Interest Analysis

**Company Name:** RCI Hospitality Holdings, Inc.
**Ticker:** RICK
**Class Period:** December 15, 2021 to September 16, 2025
**Name:** Douglas Snyder

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|------|--------|--------------|--------------|------------|------------|---------|
| 8/10/2023 | 150 | $66.9800 | -$10,047.0000 | | $0.0000 | -$10,047.00 |

| | | | | | | |
|------|--------|--------------|--------------|------------|------------|---------|
| **Shares Retained:** | **150** | | | | **Subtotal:** | **-$10,047.00** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $4,035.70 |
| | | | $26.9047 | | **Total:** | **-$6,011.30** |

<u>Notes</u>

The 90-Day Average Price used in this financial interest analysis is the average closing price between September 17, 2025 and November 19, 2025.