# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>Defendants. | Civil Action No. 4:25-cv-04477 |

## [PROPOSED] ORDER

Pending before the Court is the Motion of Douglas Snyder for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"). (Dkt. No. ___). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Douglas Snyder as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Kendall Law Group, PLLC as Texas Local counsel.

It is SO ORDERED.

Signed this ___ of _____, 2025.

_____
**KEITH P. ELLISON**
**UNITED STATES DISTRICT JUDGE**