**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>Defendants. | Case No: 4:25-cv-04477<br><br>CLASS ACTION<br><br>JUDGE KEITH P. ELLISON |

**APPENDIX OF PHILLIP KIM ACCOMPANYING MOTION OF MOVANT SCOTT BIALES TO BE APPOINTED AS LEAD PLAINTIFF AND TO APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Attached are true and correct copies of the following exhibits:

Exhibit 1:    PSLRA early notice issued on September 21, 2025;

Exhibit 2:    Scott Biales's PSLRA Certification;

Exhibit 3:    Scott Biales's Loss Chart; and

Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume.

Dated: November 20, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
*/s/ Phillip Kim*
Phillip Kim, Esq., attorney-in-charge
State Bar Number: NY4145397
S.D. Tex. Bar Number: 1036827
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and Class*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 20th day of November 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

             */s/ Phillip Kim*
             Phillip Kim