# Exhibit 3

**RCI Hospitality Holdings, Inc. Loss Chart**
**Class Period: December 15, 2021 through September 16, 2025**

Lookback Price: $26.91

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Scott Biales** | 11/20/2024 | 500 | ($48.83) | ($24,413.10) | 12/31/2024 | 0.606 | $57.91 | $35.09 | | | |
| **Account 1** | 4/17/2025 | 10 | ($36.86) | ($368.55) | | | | | | | |
| | 8/6/2025 | 28 | ($34.71) | ($971.88) | | | | | | | |
| | 8/6/2025 | 1 | ($34.90) | ($34.90) | | | | | | | |
| | 8/7/2025 | 111 | ($35.99) | ($3,994.89) | | | | | | | |
| | | 650 | | ($29,783.32) | | 0.606 | | $35.09 | 649.394 | $17,475.19 | ($12,273.04) |
| **Account 2** | 6/26/2023 | 4 | ($74.45) | ($297.80) | 9/27/2024 | 400 | $45.60 | $18,240.00 | | | |
| | 6/28/2023 | 196 | ($75.00) | ($14,700.00) | 9/30/2024 | 300 | $44.75 | $13,425.00 | | | |
| | 6/30/2023 | 50 | ($75.92) | ($3,795.75) | 10/2/2024 | 165 | $41.77 | $6,892.58 | | | |
| | 7/6/2023 | 1 | ($75.55) | ($75.55) | 10/2/2024 | 200 | $42.27 | $8,453.90 | | | |
| | 7/6/2023 | 9 | ($75.63) | ($680.70) | 5/15/2025 | 100 | $43.06 | $4,306.00 | | | |
| | 7/10/2023 | 20 | ($76.97) | ($1,539.48) | 10/3/2025 | 50 | $31.15 | $1,557.50 | | | |
| | 7/10/2023 | 40 | ($77.35) | ($3,093.92) | | | | | | | |
| | 7/11/2023 | 3 | ($72.51) | ($217.53) | | | | | | | |
| | 7/11/2023 | 6 | ($72.00) | ($431.97) | | | | | | | |
| | 7/11/2023 | 1 | ($71.82) | ($71.82) | | | | | | | |
| | 7/12/2023 | 8 | ($69.38) | ($555.00) | | | | | | | |
| | 7/12/2023 | 12 | ($71.63) | ($859.60) | | | | | | | |
| | 7/13/2023 | 5 | ($69.85) | ($349.25) | | | | | | | |
| | 7/17/2023 | 5 | ($70.09) | ($350.43) | | | | | | | |
| | 7/25/2023 | 4 | ($71.02) | ($284.09) | | | | | | | |
| | 7/27/2023 | 1 | ($69.54) | ($69.54) | | | | | | | |
| | 7/27/2023 | 21 | ($68.84) | ($1,445.64) | | | | | | | |
| | 7/27/2023 | 1 | ($68.75) | ($68.75) | | | | | | | |
| | 7/27/2023 | 12 | ($70.10) | ($841.20) | | | | | | | |
| | 7/27/2023 | 1 | ($70.36) | ($70.36) | | | | | | | |
| | 7/28/2023 | 1 | ($69.01) | ($69.01) | | | | | | | |
| | 7/28/2023 | 50 | ($69.31) | ($3,465.31) | | | | | | | |
| | 7/31/2023 | 10 | ($69.88) | ($698.81) | | | | | | | |
| | 7/31/2023 | 23 | ($69.41) | ($1,596.43) | | | | | | | |
| | 7/31/2023 | 12 | ($69.41) | ($832.97) | | | | | | | |
| | 7/31/2023 | 5 | ($69.27) | ($346.37) | | | | | | | |
| | 7/31/2023 | 4 | ($68.84) | ($275.36) | | | | | | | |
| | 8/2/2023 | 7 | ($69.47) | ($486.30) | | | | | | | |
| | 8/2/2023 | 3 | ($69.74) | ($209.23) | | | | | | | |
| | 8/3/2023 | 10 | ($68.81) | ($688.10) | | | | | | | |
| | 8/10/2023 | 25 | ($67.01) | ($1,675.25) | | | | | | | |
| | 8/17/2023 | 5 | ($66.00) | ($330.00) | | | | | | | |
| | 8/17/2023 | 50 | ($65.99) | ($3,299.60) | | | | | | | |
| | 8/18/2023 | 5 | ($65.92) | ($329.60) | | | | | | | |
| | 8/21/2023 | 5 | ($66.20) | ($331.00) | | | | | | | |
| | 8/23/2023 | 1 | ($64.92) | ($64.92) | | | | | | | |
| | 8/23/2023 | 84 | ($64.95) | ($5,456.19) | | | | | | | |
| | 8/24/2023 | 50 | ($65.15) | ($3,257.58) | | | | | | | |

| Date | Qty | Price | Total |
|---|---|---|---|
| 8/24/2023 | 30 | ($65.33) | ($1,959.75) |
| 8/24/2023 | 50 | ($65.37) | ($3,268.71) |
| 8/25/2023 | 20 | ($65.52) | ($1,310.37) |
| 8/28/2023 | 150 | ($66.14) | ($9,921.00) |
| 8/28/2023 | 10 | ($65.57) | ($655.71) |
| 8/29/2023 | 100 | ($65.37) | ($6,536.50) |
| 8/29/2023 | 90 | ($65.34) | ($5,880.60) |
| 8/30/2023 | 50 | ($66.11) | ($3,305.50) |
| 8/30/2023 | 50 | ($66.20) | ($3,310.22) |
| 9/1/2023 | 10 | ($66.25) | ($662.50) |
| 9/1/2023 | 13 | ($66.05) | ($858.65) |
| 9/1/2023 | 1 | ($66.03) | ($66.03) |
| 9/1/2023 | 31 | ($66.10) | ($2,049.10) |
| 9/6/2023 | 20 | ($64.84) | ($1,296.85) |
| 9/7/2023 | 25 | ($64.58) | ($1,614.50) |
| 9/8/2023 | 100 | ($63.65) | ($6,365.00) |
| 9/21/2023 | 10 | ($60.10) | ($601.00) |
| 9/21/2023 | 25 | ($60.39) | ($1,509.78) |
| 9/22/2023 | 15 | ($60.26) | ($903.86) |
| 9/25/2023 | 4 | ($60.27) | ($241.08) |
| 9/25/2023 | 1 | ($60.39) | ($60.39) |
| 9/26/2023 | 45 | ($60.16) | ($2,706.98) |
| 1/4/2024 | 13 | ($61.50) | ($799.47) |
| 1/4/2024 | 8 | ($61.88) | ($495.04) |
| 1/4/2024 | 4 | ($61.62) | ($246.48) |
| 1/5/2024 | 25 | ($61.58) | ($1,539.44) |
| 1/5/2024 | 25 | ($60.80) | ($1,520.00) |
| 1/5/2024 | 25 | ($60.81) | ($1,520.25) |
| 1/16/2024 | 1 | ($63.33) | ($63.33) |
| 1/19/2024 | 2 | ($62.47) | ($124.94) |
| 1/22/2024 | 1 | ($62.63) | ($62.63) |
| 1/25/2024 | 11 | ($62.78) | ($690.56) |
| 2/12/2024 | 4 | ($57.31) | ($229.24) |
| 2/16/2024 | 3 | ($58.25) | ($174.75) |
| 2/28/2024 | 1 | ($56.98) | ($56.98) |
| 3/5/2024 | 4 | ($55.42) | ($221.68) |
| 3/5/2024 | 3 | ($55.98) | ($167.94) |
| 4/5/2024 | 20 | ($55.06) | ($1,101.19) |
| 4/10/2024 | 15 | ($51.68) | ($775.20) |
| 4/17/2024 | 2 | ($51.09) | ($102.17) |
| 4/26/2024 | 3 | ($50.79) | ($152.37) |
| 4/30/2024 | 10 | ($50.75) | ($507.45) |
| 5/14/2024 | 20 | ($48.75) | ($975.00) |
| 6/17/2024 | 4 | ($43.31) | ($173.24) |
| 6/18/2024 | 1 | ($44.72) | ($44.72) |
| 6/24/2024 | 10 | ($43.40) | ($434.00) |
| 4/8/2025 | 80 | ($35.90) | ($2,872.00) |
| 4/9/2025 | 20 | ($36.53) | ($730.60) |

|  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 4/10/2025 | 100 | ($38.72) | ($3,872.00) |  |  |  |  |  |  |  |
|  | 8/11/2025 | 25 | ($34.99) | ($874.75) |  |  |  |  |  |  |  |
|  | 8/11/2025 | 1 | ($34.50) | ($34.50) |  |  |  |  |  |  |  |
|  | 8/11/2025 | 39 | ($35.00) | ($1,365.00) |  |  |  |  |  |  |  |
|  |  | 2080 |  | ($130,221.36) |  | 1215 |  | $52,874.98 | 865 | 23277.15 | ($54,069.23) |
| Account 3 | 4/1/2024 | 0.128 | ($55.55) | ($7.11) |  |  |  |  | 0.128 | 3.44448 | ($3.67) |
| Account 4 | Opening Position | 80 |  |  | 7/28/2023 | 80 | $69.03 | $5,522.40 |  |  |  |
|  | 10/16/2023 | 500 | ($52.89) | ($26,445.00) | 5/17/2024 | 100 | $47.91 | $4,791.00 |  |  |  |
|  | 5/9/2024 | 50 | ($49.25) | ($2,462.50) | 5/31/2024 | 50 | $44.40 | $2,220.00 |  |  |  |
|  | 5/9/2024 | 50 | ($49.50) | ($2,475.00) | 11/20/2024 | 100 | $48.45 | $4,845.00 |  |  |  |
|  | 5/30/2024 | 50 | ($43.98) | ($2,199.00) | 11/20/2024 | 400 | $48.33 | $19,332.00 |  |  |  |
|  | 7/9/2024 | 100 | ($38.82) | ($3,882.00) | 8/7/2025 | 146 | $35.07 | $5,120.22 |  |  |  |
|  | 9/27/2024 | 65 | ($45.75) | ($2,973.75) | 8/7/2025 | 104 | $35.07 | $3,647.28 |  |  |  |
|  | 9/27/2024 | 260 | ($45.75) | ($11,895.00) | 9/17/2025 | 200 | $26.07 | $5,214.00 |  |  |  |
|  | 9/27/2024 | 75 | ($45.75) | ($3,431.25) | 9/17/2025 | 200 | $26.09 | $5,217.00 |  |  |  |
|  | 9/30/2024 | 300 | ($44.79) | ($13,437.00) | 9/17/2025 | 790 | $26.08 | $20,603.20 |  |  |  |
|  | 10/2/2024 | 200 | ($42.85) | ($8,570.00) | 9/17/2025 | 300 | $25.99 | $7,797.00 |  |  |  |
|  | 10/2/2024 | 100 | ($42.99) | ($4,299.02) | 9/17/2025 | 410 | $25.98 | $10,651.80 |  |  |  |
|  | 10/2/2024 | 275 | ($43.00) | ($11,825.00) | 9/17/2025 | 100 | $25.96 | $2,596.00 |  |  |  |
|  | 10/2/2024 | 12 | ($43.10) | ($517.20) |  |  |  |  |  |  |  |
|  | 10/2/2024 | 13 | ($43.22) | ($561.86) |  |  |  |  |  |  |  |
|  | 10/8/2024 | 100 | ($41.00) | ($4,100.00) |  |  |  |  |  |  |  |
|  | 4/4/2025 | 250 | ($39.75) | ($9,937.50) |  |  |  |  |  |  |  |
|  | 4/8/2025 | 250 | ($35.00) | ($8,750.00) |  |  |  |  |  |  |  |
|  | 9/16/2025 | 60 | ($27.17) | ($1,629.90) |  |  |  |  |  |  |  |
|  | 9/16/2025 | 90 | ($27.17) | ($2,445.30) |  |  |  |  |  |  |  |
|  | 9/16/2025 | 43 | ($27.17) | ($1,168.31) |  |  |  |  |  |  |  |
|  | 9/16/2025 | 57 | ($27.16) | ($1,548.12) |  |  |  |  |  |  |  |
|  |  | 2900 |  | ($124,552.71) |  | 2900 |  | $92,034.50 | 0 | 0 | ($32,518.21) |
| Account 5 | 1/9/2024 | 10 | ($61.95) | ($619.48) | 1/11/2024 | 18 | $62.35 | $1,122.30 |  |  |  |
|  | 1/9/2024 | 25 | ($62.04) | ($1,550.94) | 2/6/2024 | 3 | $60.60 | $181.80 |  |  |  |
|  | 1/9/2024 | 125 | ($62.41) | ($7,801.54) |  |  |  |  |  |  |  |
|  | 1/10/2024 | 15 | ($62.80) | ($942.02) |  |  |  |  |  |  |  |
|  | 1/10/2024 | 5 | ($62.39) | ($311.95) |  |  |  |  |  |  |  |
|  | 1/10/2024 | 15 | ($62.48) | ($937.17) |  |  |  |  |  |  |  |
|  | 1/11/2024 | 36 | ($62.38) | ($2,245.69) |  |  |  |  |  |  |  |
|  | 1/12/2024 | 2 | ($63.69) | ($127.38) |  |  |  |  |  |  |  |
|  | 1/16/2024 | 5 | ($62.50) | ($312.50) |  |  |  |  |  |  |  |
|  | 1/29/2024 | 8 | ($62.60) | ($500.77) |  |  |  |  |  |  |  |
|  | 4/15/2024 | 2 | ($51.18) | ($102.37) |  |  |  |  |  |  |  |
|  | 4/17/2024 | 1 | ($50.85) | ($50.85) |  |  |  |  |  |  |  |
|  | 5/16/2024 | 1 | ($48.37) | ($48.37) |  |  |  |  |  |  |  |
|  | 7/1/2024 | 1 | ($43.81) | ($43.81) |  |  |  |  |  |  |  |
|  | 8/16/2024 | 2 | ($45.59) | ($91.18) |  |  |  |  |  |  |  |
|  | 9/16/2024 | 1 | ($45.75) | ($45.75) |  |  |  |  |  |  |  |

| Date | Qty | Price | Amount | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9/30/2024 | 2 | ($44.54) | ($89.08) | | | | | |
| 11/12/2024 | 4 | ($50.63) | ($202.50) | | | | | |
| 12/4/2024 | 1 | ($50.69) | ($50.69) | | | | | |
| 4/4/2025 | 10 | ($39.63) | ($396.30) | | | | | |
| 5/19/2025 | 2 | ($42.20) | ($84.40) | | | | | |
| 8/7/2025 | 148 | ($35.85) | ($5,305.80) | | | | | |
| | 421 | | ($21,860.53) | 21 | $1,304.10 | 400 | 10764 | ($9,792.43) |
| | | | | | | | **Total** | **($108,656.57)** |

*Opening Position in Account 4 matched to 7/28/2023 sell.