**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>    v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>                      Defendants. | Case No. 4:25-cv-4477-KPE<br><br>Hon. Keith P. Ellison<br><br><u>CLASS ACTION</u> |

**DECLARATION OF JOHN S. "JACK" EDWARDS, JR. IN SUPPORT OF THE
MOTION OF STROUB AND NEYLAN FOR APPOINTMENT AS LEAD PLAINTIFF
<u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, John S. "Jack" Edwards, Jr., declare as follows:

1.  I am a member in good standing of the Bar of the State of Texas, and am admitted to practice before this Court. I am a Partner of the law firm of Ajamie LLP ("Ajamie"), proposed Liaison Counsel for the Class in the above-captioned action.

2.  I submit this declaration in support of the Motion of Paul Stroub and William J. Neylan III, in his capacity as Co-Trustee and on behalf of WJ Neylan III, T A Neylan TTEE, Wiliam J Neylan III REV Living TR, U/A 12/5/12 Trust (the "Neylan Trust," and together with Paul Stroub, "Stroub and Neylan") for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.  Attached are true and correct copies of the following exhibits:

    EXHIBIT A:  Stroub's and Neylan Trust's sworn certifications, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

    EXHIBIT B:  A chart reflecting Stroub and Neylan Trust's transactions and estimated losses;

    EXHIBIT C:  Assignments of claims from Olga K. Stroub to Paul Stroub and from Concord BK, LLC to Paul Stroub;

    EXHIBIT D:  Joint Declaration of Stroub and Neylan;

    EXHIBIT E:  Notice of pendency of class action published in *BusinessWire* on September 21, 2025;

    EXHIBIT F:  Firm resume of Saxena White; and

    EXHIBIT G:  Firm resume of Ajamie LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 20th day of November, 2025.

*/s/ John S. "Jack" Edwards, Jr.*
John S. "Jack" Edwards, Jr.

1