# EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Paul Stroub, hereby certify as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against RCI Hospitality Holdings, Inc. ("RCI") alleging violations of the federal securities laws. I have authorized the filing of a motion for appointment as lead plaintiff. I am authorized to execute this certification pursuant to assignments of claims from Olga K. Stroub and Concord BK, LLC.

2. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. I am willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. My transactions in RCI securities during the Class Period are set forth in the attached Schedule A.

5. I have not sought to serve as a lead plaintiff and/or representative party in any class action under the federal securities laws filed during the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of November, 2025.

                                                      *Paul Stroub*
                                        Paul Stroub (Nov 20, 2025 07:47:10 PST)

                                                Paul Stroub

| SCHEDULE A |
|---|
| Transactions in RCI Hospitality Holdings, Inc. |

| Common Stock |
|---|

| Paul Stroub |
|---|

| Account 1 |
|---|

| Common Stock Purchases ||| | Common Stock Sales |||
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 07/12/23 | 50 | $71.9000 | 07/23/25 | 162 | $40.7500 |
| 08/31/23 | 30 | $65.5000 | | | |
| 12/15/23 | 90 | $63.0000 | | | |

| Account 2 |
|---|

| Common Stock Purchases ||| | Common Stock Sales |||
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 09/19/22 | 700 | $70.0000 | | | |
| 06/16/23 | 120 | $77.2000 | | | |
| 06/16/23 | 180 | $77.5000 | | | |
| 09/18/23 | 500 | $65.0000 | | | |

| Account 3 |
|---|

| Common Stock Purchases ||| | Common Stock Sales |||
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 09/19/22 | 300 | $70.0000 | | | |

| Olga Stroub |
|---|

| Common Stock Purchases ||| | Common Stock Sales |||
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 08/17/22 | 313 | $70.5500 | | | |
| 08/17/22 | 87 | $70.5500 | | | |
| 07/12/23 | 200 | $72.2500 | | | |
| 07/12/23 | 45 | $72.2500 | | | |
| 12/15/23 | 100 | $62.7000 | | | |
| 12/15/23 | 180 | $62.7000 | | | |

3

## Concord BK, LLC

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 08/17/22 | 5 | $70.4000 |
| 08/17/22 | 4 | $70.4000 |
| 08/17/22 | 72 | $70.4000 |
| 08/17/22 | 319 | $70.4000 |
| 08/16/23 | 500 | $70.0000 |
| 09/15/23 | 1,000 | $70.0000 |
| 12/15/23 | 100 | $62.2400 |
| 12/15/23 | 100 | $62.5000 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| 07/23/25 | 382 | $40.0000 |
| 07/23/25 | 618 | $40.0000 |
| 07/23/25 | 18 | $40.7500 |

## Stock Options

### Paul Stroub

| Option Purchases | | | |
|---|---|---|---|
| Date | Option | Contracts | Price |
| 08/22/22 | RICK 08/19/2022 70.00 P | 11 | Expired |
| 09/18/23 | RICK 09/15/2023 65.00 P | 5 | Assigned |
| 09/19/22 | RICK 09/16/2022 70.00 P | 7 | Assigned |
| 11/21/22 | RICK 11/18/2022 75.00 P | 1 | Expired |

| Options Sales | | | |
|---|---|---|---|
| Date | Option | Contracts | Price |
| 08/16/22 | RICK 08/19/2022 70.00 P | 10 | $0.4500 |
| 08/17/22 | RICK 08/19/2022 70.00 P | 1 | $0.7500 |
| 08/21/23 | RICK 09/15/2023 65.00 P | 5 | $1.9000 |
| 08/16/22 | RICK 09/16/2022 70.00 P | 7 | $4.2000 |
| 10/20/22 | RICK 11/18/2022 75.00 P | 1 | $3.2000 |

### Concord BK, LLC

| Option Purchases | | | |
|---|---|---|---|
| Date | Option | Contracts | Price |
| | | | |

4

| Options Sales | | | |
|---|---|---|---|
| Date | Option | Contracts | Price |
| 05/09/24 | RICK 05/17/2024 60.00 C | 2 | $0.2300 |
| 07/12/23 | RICK 08/18/2023 70.00 P | 3 | $3.1800 |
| 07/12/23 | RICK 08/18/2023 70.00 P | 2 | $3.1800 |
| 08/17/22 | RICK 08/19/2022 70.00 P | 4 | $1.2000 |
| 08/18/23 | RICK 09/15/2023 70.00 P | 2 | $4.6000 |
| 08/18/23 | RICK 09/15/2023 70.00 P | 3 | $4.6000 |
| 08/18/23 | RICK 09/15/2023 70.00 P | 5 | $4.8000 |

## **CERTIFICATION AND AUTHORIZATION**

I, William J. Neylan III, on behalf of the W J Neylan III, T A Neylan TTEE, William J Neylan III REV Living TR, U/A 12/5/12 Trust (the "Neylan Trust"), hereby certify as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed against RCI Hospitality Holdings, Inc. ("RCI") alleging violations of the federal securities laws. As Co-Trustee of the Neylan Trust, I am individually authorized to act on behalf of the Neylan Trust in all respects, including with regard to this litigation. I have authorized the filing of a motion for appointment as lead plaintiff on behalf of the Neylan Trust in this action and any related actions.

2. The Neylan Trust did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. The Neylan Trust is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. The Neylan Trust's transactions in RCI securities during the Class Period are set forth in the attached Schedule A.

5. The Neylan Trust has not sought to serve as a lead plaintiff and/or representative party in any class action under the federal securities laws filed during the last three years.

6. The Neylan Trust will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of November, 2025.

*William J. Neylan III*
William J. Neylan III (Nov 20, 2025 11:14:34 EST)

William J. Neylan III, Co-Trustee, on behalf of W J Neylan III, T A Neylan TTEE, William J Neylan III REV Living TR, U/A 12/5/12 Trust

2

### SCHEDULE A
### W J Neylan III, T A Neylan TTEE, William J Neylan III REV Living TR, U/A 12/5/12 Trust
### Transactions in RCI Hospitality Holdings, Inc.

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 02/14/22 | 300 | $66.0000 | 04/18/22 | 500 | $64.2000 |
| 02/23/22 | 200 | $62.0000 | 04/19/22 | 100 | $66.3500 |
| 03/07/22 | 500 | $59.0000 | 04/21/22 | 100 | $68.5000 |
| 04/06/22 | 500 | $59.0000 | 05/05/22 | 100 | $66.0000 |
| 05/09/22 | 100 | $60.0000 | 08/03/22 | 100 | $60.2000 |
| 05/09/22 | 300 | $59.0000 | 08/08/22 | 100 | $60.7200 |
| 05/20/22 | 300 | $53.0000 | 08/08/22 | 100 | $62.2500 |
| 09/01/22 | 100 | $64.0000 | 08/09/22 | 100 | $61.8200 |
| 09/06/22 | 30 | $63.0000 | 08/10/22 | 100 | $63.0000 |
| 09/23/22 | 100 | $64.0000 | 08/10/22 | 100 | $65.0000 |
| 09/23/22 | 100 | $62.0000 | 08/10/22 | 100 | $65.1000 |
| 01/03/23 | 50 | $90.0000 | 08/10/22 | 100 | $65.4500 |
| 02/01/23 | 150 | $88.0000 | 08/10/22 | 100 | $65.9000 |
| 02/10/23 | 100 | $88.0000 | 08/10/22 | 100 | $66.2000 |
| 02/10/23 | 200 | $86.0000 | 08/10/22 | 100 | $66.6000 |
| 02/10/23 | 100 | $84.0000 | 08/11/22 | 100 | $67.5000 |
| 02/10/23 | 200 | $79.0000 | 08/11/22 | 100 | $67.8000 |
| 03/10/23 | 100 | $81.0000 | 08/11/22 | 100 | $68.1000 |
| 03/13/23 | 100 | $79.0000 | 09/15/22 | 130 | $71.0000 |
| 03/13/23 | 200 | $78.0000 | 10/04/22 | 100 | $68.9000 |
| 03/24/23 | 400 | $75.0000 | 10/13/22 | 100 | $72.5000 |
| 04/05/23 | 100 | $75.0000 | 10/17/23 | 300 | $54.8100 |
| 07/11/23 | 100 | $72.9000 | 11/02/23 | 15 | $55.1000 |
| 07/11/23 | 300 | $69.9400 | 11/03/23 | 85 | $55.5000 |
| 07/28/23 | 100 | $68.6000 | 11/14/23 | 50 | $56.6000 |
| 08/10/23 | 300 | $66.0000 | 11/15/23 | 50 | $57.0000 |
| 08/23/23 | 100 | $64.0000 | 11/24/23 | 50 | $58.0000 |
| 09/11/23 | 100 | $63.0000 | 12/01/23 | 50 | $59.0000 |
| 09/20/23 | 200 | $61.9400 | 12/01/23 | 50 | $60.1500 |
| 10/03/23 | 200 | $59.0000 | 12/04/23 | 50 | $61.0000 |
| 10/10/23 | 50 | $56.0000 | 12/06/23 | 50 | $62.0000 |
| 10/11/23 | 50 | $56.0000 | 12/08/23 | 50 | $63.0000 |
| 10/13/23 | 300 | $52.0000 | 12/13/23 | 50 | $64.0000 |
| 10/24/23 | 300 | $51.0000 | 12/13/23 | 50 | $64.7700 |
| 01/05/24 | 100 | $61.0000 | 12/13/23 | 50 | $65.7500 |
| 02/05/24 | 100 | $60.0000 | 12/14/23 | 50 | $68.6800 |

3

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 02/08/24 | 150 | $59.0000 | 12/14/23 | 50 | $69.3000 |
| 02/08/24 | 200 | $58.0100 | 02/08/24 | 100 | $60.5000 |
| 02/09/24 | 200 | $55.2500 | 02/13/24 | 10 | $58.1000 |
| 02/21/24 | 110 | $56.0000 | 07/30/24 | 100 | $49.0000 |
| 04/09/24 | 300 | $53.6500 | 07/31/24 | 100 | $50.3500 |
| 04/09/24 | 300 | $52.0000 | 07/31/24 | 100 | $50.9700 |
| 04/15/24 | 400 | $50.0000 | 08/09/24 | 100 | $48.0000 |
| 05/21/24 | 1,000 | $47.0000 | 08/09/24 | 100 | $51.2000 |
| 05/30/24 | 300 | $45.0000 | 08/09/24 | 100 | $52.0000 |
| 05/30/24 | 200 | $43.0000 | 09/12/24 | 400 | $43.2000 |
| 07/03/24 | 1,000 | $39.9400 | 12/16/24 | 25 | $52.6500 |
| 04/03/25 | 500 | $42.0000 | 12/16/24 | 475 | $52.0300 |
| 04/07/25 | 500 | $37.0000 | 12/17/24 | 500 | $57.0000 |
| 04/08/25 | 500 | $37.0000 | 04/07/25 | 500 | $40.3000 |
| 04/11/25 | 500 | $36.5000 | 04/08/25 | 500 | $38.1000 |
| 04/17/25 | 1 | $36.0000 | 04/11/25 | 500 | $37.1200 |
| 06/13/25 | 500 | $40.0000 | 04/17/25 | 1 | $37.4000 |
| 06/30/25 | 1,000 | $38.0000 | 08/11/25 | 39 | $35.0000 |
| 08/05/25 | 500 | $35.0000 | 08/12/25 | 961 | $35.0000 |
| 08/11/25 | 1,000 | $32.0000 | | | |
| 09/05/25 | 500 | $35.0000 | | | |
| 09/16/25 | 1,000 | $33.0000 | | | |

4