# EXHIBIT B

**RCI Hospitality Holdings, Inc.**
**Paul Stroub - Account 1**
Class Period: 12/15/21 to 09/16/25
(Provisional) Lookback Price: $26.8411 (09/16/25 - 11/20/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 07/12/23 | 50 | $71.9000 | $3,595.00 | Sale | 07/23/25 | 162 | $40.7500 | $6,601.50 |
| Purchase | 08/31/23 | 30 | $65.5000 | $1,965.00 | | | | | |
| Purchase | 12/15/23 | 90 | $63.0000 | $5,670.00 | Retained | | 8 | $26.8411 | $214.73 |
| | | **170** | | **$11,230.00** | | | **170** | | **$6,816.23** |
| | | | | | **LIFO Gain/(Loss) for Paul Stroub - Account 1:** | | | | **($4,413.77)** |

**RCI Hospitality Holdings, Inc.**
**Paul Stroub - Account 2**
Class Period: 12/15/21 to 09/16/25
(Provisional) Lookback Price: $26.8411 (09/16/25 - 11/20/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 09/19/22 | 700 | $70.0000 | $49,000.00 | | | | | |
| Purchase | 06/16/23 | 120 | $77.2000 | $9,264.00 | | | | | |
| Purchase | 06/16/23 | 180 | $77.5000 | $13,950.00 | | | | | |
| Purchase | 09/18/23 | 500 | $65.0000 | $32,500.00 | Retained | | 1,500 | $26.8411 | $40,261.72 |
| | | **1,500** | | **$104,714.00** | | | **1,500** | | **$40,261.72** |
| | | | | | **LIFO Gain/(Loss) for Paul Stroub - Account 2:** | | | | **($64,452.28)** |

**RCI Hospitality Holdings, Inc.**
**Paul Stroub - Account 3**
Class Period: 12/15/21 to 09/16/25
(Provisional) Lookback Price: $26.8411 (09/16/25 - 11/20/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 09/19/22 | 300 | $70.0000 | $21,000.00 | Retained | | 300 | $26.8411 | $8,052.34 |
| | | **300** | | **$21,000.00** | | | **300** | | **$8,052.34** |
| | | | | | **LIFO Gain/(Loss) for Paul Stroub - Account 3:** | | | | **($12,947.66)** |

**RCI Hospitality Holdings, Inc.**
**Olga Stroub**
Class Period: 12/15/21 to 09/16/25
(Provisional) Lookback Price: $26.8411 (09/16/25 - 11/20/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 08/17/22 | 313 | $70.5500 | $22,082.15 | | | | | |
| Purchase | 08/17/22 | 87 | $70.5500 | $6,137.85 | | | | | |
| Purchase | 07/12/23 | 200 | $72.2500 | $14,450.00 | | | | | |
| Purchase | 07/12/23 | 45 | $72.2500 | $3,251.25 | | | | | |
| Purchase | 12/15/23 | 100 | $62.7000 | $6,270.00 | | | | | |
| Purchase | 12/15/23 | 180 | $62.7000 | $11,286.00 | Retained | | 925 | $26.8411 | $24,828.06 |
| | | 925 | | $63,477.25 | | | 925 | | $24,828.06 |
| | | | | | LIFO Gain/(Loss) for Olga Stroub: | | | | **($38,649.19)** |

**RCI Hospitality Holdings, Inc.**
**Concord BK LLC**
Class Period: 12/15/21 to 09/16/25
(Provisional) Lookback Price: $26.8411 (09/16/25 - 11/20/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 08/17/22 | 5 | $70.4000 | $352.00 | | | | | |
| Purchase | 08/17/22 | 4 | $70.4000 | $281.60 | | | | | |
| Purchase | 08/17/22 | 72 | $70.4000 | $5,068.80 | | | | | |
| Purchase | 08/17/22 | 319 | $70.4000 | $22,457.60 | Sale | 07/23/25 | 382 | $40.0000 | $15,280.00 |
| Purchase | 08/16/23 | 500 | $70.0000 | $35,000.00 | Sale | 07/23/25 | 618 | $40.0000 | $24,720.00 |
| Purchase | 09/15/23 | 1,000 | $70.0000 | $70,000.00 | Sale | 07/23/25 | 18 | $40.7500 | $733.50 |
| Purchase | 12/15/23 | 100 | $62.2400 | $6,224.00 | | | | | |
| Purchase | 12/15/23 | 100 | $62.5000 | $6,250.00 | Retained | | 1,082 | $26.8411 | $29,042.12 |
| | | **2,100** | | **$145,634.00** | | | **2,100** | | **$69,775.62** |
| | | | | | **LIFO Gain/(Loss) for Concord BK LLC:** | | | | **($75,858.38)** |

**RCI Hospitality Holdings, Inc.**
**Paul Stroub - Account 2 Stock Options**
Class Period: 12/15/21 to 09/16/25

| Transaction | Date | Security ID | Contracts | Price | Cost | Transaction | Date | Security ID | Contracts | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Sell to Open | 08/16/22 | RICK 08/19/2022 70.00 P | 10 | $0.45 | $450.00 |
| Expired | 08/22/22 | RICK 08/19/2022 70.00 P | 11 | $0.00 | $0 | Sell to Open | 08/17/22 | RICK 08/19/2022 70.00 P | 1 | $0.75 | $75.00 |
| Assigned | 09/18/23 | RICK 09/15/2023 65.00 P | 5 | $0.00 | $0 | Sell to Open | 08/21/23 | RICK 09/15/2023 65.00 P | 5 | $1.90 | $950.00 |
| Assigned | 09/19/22 | RICK 09/16/2022 70.00 P | 7 | $0.00 | $0 | Sell to Open | 08/16/22 | RICK 09/16/2022 70.00 P | 7 | $4.20 | $2,940.00 |
| Expired | 11/21/22 | RICK 11/18/2022 75.00 P | 1 | $0.00 | $0 | Sell to Open | 10/20/22 | RICK 11/18/2022 75.00 P | 1 | $3.20 | $320.00 |
| | | | **24** | | **$0** | | | | **24** | | **$4,735.00** |
| | | | | | | | | Gain/(Loss) for Paul Stroub - A... | | | **$4,735.00** |

**RCI Hospitality Holdings, Inc.**
**Concord BK LLC Stock Options**
Class Period: 12/15/21 to 09/16/25

| Transaction | Date | Security ID | Contracts | Price | Cost | Transaction | Date | Security ID | Contracts | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 05/09/24 | RICK 05/17/2024 60.00 C | 2 | $0.23 | $46.00 |
| | | | | | | | 07/12/23 | RICK 08/18/2023 70.00 P | 3 | $3.18 | $954.00 |
| | | | | | | | 07/12/23 | RICK 08/18/2023 70.00 P | 2 | $3.18 | $636.00 |
| | | | | | | | 08/17/22 | RICK 08/19/2022 70.00 P | 4 | $1.20 | $480.00 |
| | | | | | | | 08/18/23 | RICK 09/15/2023 70.00 P | 2 | $4.60 | $920.00 |
| | | | | | | | 08/18/23 | RICK 09/15/2023 70.00 P | 3 | $4.60 | $1,380.00 |
| | | | | | | | 08/18/23 | RICK 09/15/2023 70.00 P | 5 | $4.80 | $2,400.00 |
| | | | | **0** | **$0** | | | | **21** | | **$6,816.00** |

**Gain/(Loss) for Concord BK LLC Stock Options:** **$6,816.00**

**RCI Hospitality Holdings, Inc.**
**Neylan Trust**
Class Period: 12/15/21 to 09/16/25
(Provisional) Lookback Price: $26.8411 (09/16/25 - 11/20/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 02/14/22 | 300 | $66.0000 | $19,800.00 | | | | | |
| Purchase | 02/23/22 | 200 | $62.0000 | $12,400.00 | Sale | 04/18/22 | 500 | $64.2000 | $32,100.00 |
| Purchase | 03/07/22 | 500 | $59.0000 | $29,500.00 | Sale | 04/19/22 | 100 | $66.3500 | $6,635.00 |
| Purchase | 04/06/22 | 500 | $59.0000 | $29,500.00 | Sale | 04/21/22 | 100 | $68.5000 | $6,850.00 |
| Purchase | 05/09/22 | 100 | $60.0000 | $6,000.00 | Sale | 05/05/22 | 100 | $66.0000 | $6,600.00 |
| Purchase | 05/09/22 | 300 | $59.0000 | $17,700.00 | Sale | 08/03/22 | 100 | $60.2000 | $6,020.00 |
| Purchase | 05/20/22 | 300 | $53.0000 | $15,900.00 | Sale | 08/08/22 | 100 | $60.7200 | $6,072.00 |
| Purchase | 09/01/22 | 100 | $64.0000 | $6,400.00 | Sale | 08/08/22 | 100 | $62.2500 | $6,225.00 |
| Purchase | 09/06/22 | 30 | $63.0000 | $1,890.00 | Sale | 08/09/22 | 100 | $61.8200 | $6,182.00 |
| Purchase | 09/23/22 | 100 | $64.0000 | $6,400.00 | Sale | 08/10/22 | 100 | $63.0000 | $6,300.00 |
| Purchase | 09/23/22 | 100 | $62.0000 | $6,200.00 | Sale | 08/10/22 | 100 | $65.0000 | $6,500.00 |
| Purchase | 01/03/23 | 50 | $90.0000 | $4,500.00 | Sale | 08/10/22 | 100 | $65.1000 | $6,510.00 |
| Purchase | 02/01/23 | 150 | $88.0000 | $13,200.00 | Sale | 08/10/22 | 100 | $65.4500 | $6,545.00 |
| Purchase | 02/10/23 | 100 | $88.0000 | $8,800.00 | Sale | 08/10/22 | 100 | $65.9000 | $6,590.00 |
| Purchase | 02/10/23 | 200 | $86.0000 | $17,200.00 | Sale | 08/10/22 | 100 | $66.2000 | $6,620.00 |
| Purchase | 02/10/23 | 100 | $84.0000 | $8,400.00 | Sale | 08/10/22 | 100 | $66.6000 | $6,660.00 |
| Purchase | 02/10/23 | 200 | $79.0000 | $15,800.00 | Sale | 08/11/22 | 100 | $67.5000 | $6,750.00 |
| Purchase | 03/10/23 | 100 | $81.0000 | $8,100.00 | Sale | 08/11/22 | 100 | $67.8000 | $6,780.00 |
| Purchase | 03/13/23 | 100 | $79.0000 | $7,900.00 | Sale | 08/11/22 | 100 | $68.1000 | $6,810.00 |
| Purchase | 03/13/23 | 200 | $78.0000 | $15,600.00 | Sale | 09/15/22 | 130 | $71.0000 | $9,230.00 |
| Purchase | 03/24/23 | 400 | $75.0000 | $30,000.00 | Sale | 10/04/22 | 100 | $68.9000 | $6,890.00 |
| Purchase | 04/05/23 | 100 | $75.0000 | $7,500.00 | Sale | 10/13/22 | 100 | $72.5000 | $7,250.00 |
| Purchase | 07/11/23 | 100 | $72.9000 | $7,290.00 | Sale | 10/17/23 | 300 | $54.8100 | $16,443.00 |
| Purchase | 07/11/23 | 300 | $69.9400 | $20,982.00 | Sale | 11/02/23 | 15 | $55.1000 | $826.50 |
| Purchase | 07/28/23 | 100 | $68.6000 | $6,860.00 | Sale | 11/03/23 | 85 | $55.5000 | $4,717.50 |
| Purchase | 08/10/23 | 300 | $66.0000 | $19,800.00 | Sale | 11/14/23 | 50 | $56.6000 | $2,830.00 |
| Purchase | 08/23/23 | 100 | $64.0000 | $6,400.00 | Sale | 11/15/23 | 50 | $57.0000 | $2,850.00 |
| Purchase | 09/11/23 | 100 | $63.0000 | $6,300.00 | Sale | 11/24/23 | 50 | $58.0000 | $2,900.00 |
| Purchase | 09/20/23 | 200 | $61.9400 | $12,388.00 | Sale | 12/01/23 | 50 | $59.0000 | $2,950.00 |
| Purchase | 10/03/23 | 200 | $59.0000 | $11,800.00 | Sale | 12/01/23 | 50 | $60.1500 | $3,007.50 |
| Purchase | 10/10/23 | 50 | $56.0000 | $2,800.00 | Sale | 12/04/23 | 50 | $61.0000 | $3,050.00 |
| Purchase | 10/11/23 | 50 | $56.0000 | $2,800.00 | Sale | 12/06/23 | 50 | $62.0000 | $3,100.00 |
| Purchase | 10/13/23 | 300 | $52.0000 | $15,600.00 | Sale | 12/08/23 | 50 | $63.0000 | $3,150.00 |
| Purchase | 10/24/23 | 300 | $51.0000 | $15,300.00 | Sale | 12/13/23 | 50 | $64.0000 | $3,200.00 |
| Purchase | 01/05/24 | 100 | $61.0000 | $6,100.00 | Sale | 12/13/23 | 50 | $64.7700 | $3,238.50 |
| Purchase | 02/05/24 | 100 | $60.0000 | $6,000.00 | Sale | 12/13/23 | 50 | $65.7500 | $3,287.50 |
| Purchase | 02/08/24 | 150 | $59.0000 | $8,850.00 | Sale | 12/14/23 | 50 | $68.6800 | $3,434.00 |
| Purchase | 02/08/24 | 200 | $58.0100 | $11,602.00 | Sale | 12/14/23 | 50 | $69.3000 | $3,465.00 |
| Purchase | 02/09/24 | 200 | $55.2500 | $11,050.00 | Sale | 02/08/24 | 100 | $60.5000 | $6,050.00 |
| Purchase | 02/21/24 | 110 | $56.0000 | $6,160.00 | Sale | 02/13/24 | 10 | $58.1000 | $581.00 |
| Purchase | 04/09/24 | 300 | $53.6500 | $16,095.00 | Sale | 07/30/24 | 100 | $49.0000 | $4,900.00 |
| Purchase | 04/09/24 | 300 | $52.0000 | $15,600.00 | Sale | 07/31/24 | 100 | $50.3500 | $5,035.00 |
| Purchase | 04/15/24 | 400 | $50.0000 | $20,000.00 | Sale | 07/31/24 | 100 | $50.9700 | $5,097.00 |
| Purchase | 05/21/24 | 1,000 | $47.0000 | $47,000.00 | Sale | 08/09/24 | 100 | $48.0000 | $4,800.00 |
| Purchase | 05/30/24 | 300 | $45.0000 | $13,500.00 | Sale | 08/09/24 | 100 | $51.2000 | $5,120.00 |
| Purchase | 05/30/24 | 200 | $43.0000 | $8,600.00 | Sale | 08/09/24 | 100 | $52.0000 | $5,200.00 |
| Purchase | 07/03/24 | 1,000 | $39.9400 | $39,940.00 | Sale | 09/12/24 | 400 | $43.2000 | $17,280.00 |
| Purchase | 04/03/25 | 500 | $42.0000 | $21,000.00 | Sale | 12/16/24 | 25 | $52.6500 | $1,316.25 |
| Purchase | 04/07/25 | 500 | $37.0000 | $18,500.00 | Sale | 12/16/24 | 475 | $52.0300 | $24,714.25 |
| Purchase | 04/08/25 | 500 | $37.0000 | $18,500.00 | Sale | 12/17/24 | 500 | $57.0000 | $28,500.00 |
| Purchase | 04/11/25 | 500 | $36.5000 | $18,250.00 | Sale | 04/07/25 | 500 | $40.3000 | $20,150.00 |

**RCI Hospitality Holdings, Inc.**
**Neylan Trust**
Class Period: 12/15/21 to 09/16/25
(Provisional) Lookback Price: $26.8411 (09/16/25 - 11/20/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 04/17/25 | 1 | $36.0000 | $36.00 | Sale | 04/08/25 | 500 | $38.1000 | $19,050.00 |
| Purchase | 06/13/25 | 500 | $40.0000 | $20,000.00 | Sale | 04/11/25 | 500 | $37.1200 | $18,560.00 |
| Purchase | 06/30/25 | 1,000 | $38.0000 | $38,000.00 | Sale | 04/17/25 | 1 | $37.4000 | $37.40 |
| Purchase | 08/05/25 | 500 | $35.0000 | $17,500.00 | Sale | 08/11/25 | 39 | $35.0000 | $1,365.00 |
| Purchase | 08/11/25 | 1,000 | $32.0000 | $32,000.00 | Sale | 08/12/25 | 961 | $35.0000 | $33,635.00 |
| Purchase | 09/05/25 | 500 | $35.0000 | $17,500.00 | | | | | |
| Purchase | 09/16/25 | 1,000 | $33.0000 | $33,000.00 | Retained | | 9,000 | $26.8411 | $241,570.31 |
| | | **17,191** | | **$861,793.00** | | | **17,191** | | **$671,529.71** |

LIFO Gain/(Loss) for Neylan Trust: **($190,263.29)**

**Loss Summary for Paul Stroub and the Neylan Trust**

| Movant | Shares Purchased | Net Shares Purchased/(Sold) | Net Funds Received / (Expended) | LIFO Gain / (Loss) |
|---|---|---|---|---|
| **Paul Stroub Common Stock** | | | | |
| Paul Stroub - Account 1 | 170 | 8 | ($4,628.50) | ($4,413.77) |
| Paul Stroub - Account 2 | 1,500 | 1,500 | ($104,714.00) | ($64,452.28) |
| Paul Stroub - Account 3 | 300 | 300 | ($21,000.00) | ($12,947.66) |
| Olga Stroub | 925 | 925 | ($63,477.25) | ($38,649.19) |
| Concord BK, LLC | 2,100 | 1,082 | ($104,900.50) | ($75,858.38) |
| **Paul Stroub Common Stock Subtotal** | **4,995** | **3,815** | **($298,720.25)** | **($196,321.28)** |
| | | | | |
| **Paul Stroub Stock Options** | | | | |
| Paul Stroub Account 2 Stock Options | 24 | 0 | $4,735.00 | $4,735.00 |
| Concord BK LLC Stock Options | 0 | (21) | $6,816.00 | $6,816.00 |
| **Paul Stroub Stock Options Subtotal** | **24** | **(21)** | **$11,551.00** | **$11,551.00** |
| | | | | |
| **Neylan Trust** | **17,191** | **9,000** | **($431,833.60)** | **($190,263.29)** |
| | | | | |
| **GRAND TOTAL** | **22,186*** | **12,815*** | **($719,002.85)** | **($375,033.57)** |

\* Grand Totals for Shares Purchased and Net Shares Purchased/(Sold) omit options purchases and sales