EXHIBIT C

## ASSIGNMENT

Olga K. Stroub ("Assignor") hereby assigns, transfers, and sets over to Paul Stroub, Assignor's husband, all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of RCI Hospitality Holdings, Inc. Assignor agrees to cooperate in the pursuit of such causes of action, including by providing documents and other discovery information that may be reasonably requested by Paul Stroub. Further, the Assignor hereby appoints Paul Stroub as her true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action. Paul Stroub agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Paul Stroub.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of November, 2025.

_____          _____
Olga K. Stroub (Nov 20, 2025 14:32:04 PST)    Paul Stroub (Nov 20, 2025 15:01:21 PST)

Olga K. Stroub, Assignor                                  Paul Stroub, Assignee

## ASSIGNMENT

Concord BK, LLC ("Assignor") is a limited liability company established for the benefit of the family of Paul Stroub, and Paul Stroub is its Managing Member.  Assignor hereby assigns, transfers, and sets over to Paul Stroub all rights, title, and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever that the Assignor has or may have arising from violations under the federal securities laws of the United States of America in connection with the purchase or sale of the publicly traded securities of RCI Hospitality Holdings, Inc.  Assignor agrees to cooperate in the pursuit of such causes of action, including by providing documents and other discovery information that may be reasonably requested by Paul Stroub.  Further, the Assignor hereby appoints Paul Stroub as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.  Paul Stroub agrees to remit any proceeds received as a result of this assignment to the Assignor.

This Assignment (which is coupled with an interest) may not be revoked without the written consent of Paul Stroub.

This Assignment shall be binding upon and inure to the benefit of the parties, their successors, and assigns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____ day of November, 2025.

_*Paul Stroub*_
Paul Stroub (Nov 20, 2025 07:46:34 PST)
Paul Stroub, as Managing Member and on behalf of Concord BK, LLC, Assignor

_*Paul Stroub*_
Paul Stroub (Nov 20, 2025 07:46:34 PST)
Paul Stroub, Individually, Assignee