**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>                    Defendants. | Case No. 4:25-cv-4477-KPE<br><br>Hon. Keith P. Ellison<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING THE MOTION OF STROUB AND NEYLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

Having considered the Motion of Paul Stroub and William J. Neylan III, in his capacity as Co-Trustee and on behalf of WJ Neylan III, T A Neylan TTEE, Wiliam J Neylan III REV Living TR, U/A 12/5/12 Trust (the "Neylan Trust," and together with Paul Stroub, "Stroub and Neylan") for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), the opening brief in support of the Motion, the declaration of John S. "Jack" Edwards, Jr. in support thereof, and all other pleadings and argument submitted to this Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. Stroub and Neylan's Motion is **GRANTED**.

2. Stroub and Neylan are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action.

3. Stroub and Neylan's selection of Counsel is **APPROVED**, and Saxena White P.A. is **APPOINTED** to serve as Lead Counsel for the Class and Ajamie LLP is **APPOINTED** to serve as Liaison Counsel for the Class.

**IT IS SO ORDERED**.

Dated: _____, 2025

_____
HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE