**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>Defendants. | Case No. 4:25-cv-4477-KPE<br><br>Hon. Keith P. Ellison<br><br><u>CLASS ACTION</u> |

**MOVANT STROUB AND NEYLAN'S**
**<u>CERTIFICATE OF FINANCIALLY INTERESTED PARTIES</u>**

Movant Paul Stroub and William J. Neylan III, in his capacity as Co-Trustee and on behalf of WJ Neylan III, T A Neylan TTEE, Wiliam J Neylan III REV Living TR, U/A 12/5/12 Trust (the "Neylan Trust," and together with Paul Stroub, "Stroub and Neylan") certify the following to be all persons, associations, firms, partnerships, corporations, affiliates, corporations, or other legal entities known to it to be financially interested in the outcome of this case.  Any publicly traded entities are underlined below.

1. Alex Hernandez, Plaintiff;

2. Scott Biales, Movant;

3. Douglas Snyder, Movant;

4. Paul Stroub, Movant;

5. William J. Neylan III, in his capacity as Co-Trustee and on behalf of WJ Neylan III, T A Neylan TTEE, Wiliam J Neylan III REV Living TR, U/A 12/5/12 Trust, Movant;

6. All other persons or entities that purchased or otherwise acquired RCI Hospitality Holdings, Inc. common stock (RICK) between December 15, 2021, and September 16,

      2025, inclusive (the "Class Period"), Putative Class Members;

7. <u>RCI Hospitality Holdings, Inc.</u>, Defendant;

8. Eric S. Langan, Defendant;

9. Bradley Chhay, Defendant;

10. The Rosen Law Firm, P.A., counsel for Plaintiff Hernandez and Movant Biales;

11. Glancy Prongay & Murray LLP, counsel for Movant Snyder;

12. Law Offices of Howard G. Smith, counsel for Movant Snyder;

13. Kendall Law Group, counsel for Movant Snyder;

14. Saxena White P.A., counsel for Movant Stroub and Neylan; and

15. Ajamie LLP, counsel for Movant Stroub and Neylan.

DATED: December 3, 2025                                       Respectfully submitted,

                                                                          */s/ John S. "Jack" Edwards, Jr.*
                                                                          **AJAMIE LLP**
                                                                          Thomas R. Ajamie
                                                                          Texas Bar No. 00952400
                                                                          S.D. Tex. No. 6165
                                                                          John S. "Jack" Edwards, Jr.
                                                                          Texas Bar No. 24040851
                                                                          S.D. Tex. No. 38095
                                                                          Pennzoil Place – South Tower
                                                                          711 Louisiana, Suite 1600
                                                                          Houston, TX  77002
                                                                          Telephone: (713) 860-1600
                                                                          Facsimile: (713) 860-1699
                                                                          tajamie@ajamie.com
                                                                          jedwards@ajamie.com

*Liaison Counsel for Stroub and Neylan, and Proposed Liaison Counsel for the Class*

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice* forthcoming)
Lester R. Hooker (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
lhooker@saxenawhite.com

Marco A. Dueñas (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 200-3263
Fax: (888) 631-3611
mduenas@saxenawhite.com

*Counsel for Stroub and Neylan, and Proposed Lead Counsel for the Class*

### CERTIFICATE OF SERVICE

I certify that on December 3, 2025, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ John S. "Jack" Edwards, Jr.*
　　　　　　　　　　　　　　　　　　　　John S. "Jack" Edwards, Jr.