### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>          Defendants. | Civil Action No. 4:25-cv-04477 |

## NOTICE OF WITHDRAWAL OF THE MOTION OF DOUGLAS SNYDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

On November 20, 2025, Douglas Snyder ("Snyder") filed a motion for appointment as lead plaintiff and approval of counsel in connection with the above-captioned securities fraud class action (Dkt. No. 8, the "Motion"). Two other similar motions were filed by other putative class members.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motion and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Snyder does not have the largest financial interest in the relief sought by the class as required by the PSLRA. As such, Snyder hereby withdraws his Motion.

By this withdrawal, Snyder does not waive his rights to participate and recover as a class member in this litigation.

1

Dated: December 11, 2025                 Respectfully submitted,

                                         **KENDALL LAW GROUP, PLLC**

                                         */s/ Joe Kendall*
                                         Joe Kendall
                                         Texas Bar No. 11260700
                                         S.D. Tex. Bar No. 30973
                                         3811 Turtle Creek Blvd., Suite 825
                                         Dallas, Texas 75219
                                         Telephone: (214) 744-3000
                                         Facsimile: (214) 744-3015
                                         Email: jkendall@kendalllawgroup.com

                                         *Liaison Counsel for Douglas Snyder*

                                         **GLANCY PRONGAY & MURRAY LLP**
                                         Charles H. Linehan
                                         Pavithra Rajesh
                                         1925 Century Park East, Suite 2100
                                         Los Angeles, CA 90067
                                         Telephone: (310) 201-9150
                                         Facsimile: (310) 201-9160

                                         *Counsel for Douglas Snyder*

                                         **LAW OFFICES OF HOWARD G. SMITH**
                                         Howard G. Smith
                                         3070 Bristol Pike, Suite 112
                                         Bensalem PA 19020
                                         Telephone: (215) 638-4847
                                         Facsimile: (215) 638-4867

                                         *Additional Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, December 11, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Joe Kendall*
Joe Kendall