# AFFIDAVIT OF SERVICE

State of Texas            County of Southern            U.S. District Court

Case Number: 4:25-cv-04477

Plaintiff:
**ALEX HERNANDEZ Individually and on behalf of all Others Similarly Situated**

vs.

Defendant:
**RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY**

For:
Phillip Kim
The Rosen Law Firm
275 Madison Ave.
34th Floor
New York, NY 10016

Received by A-1 HouTex Civil Process on the 17th day of December, 2025 at 3:03 pm to be served on **RCI Hospitality Holdings, Inc. b/s Its Registered Agent Robert D. Axelrod, 2425 Fountain View, Suite 255, Houston, TX 77057.**

I, Andrew L. Garza, being duly sworn, depose and say that on the **18th day of December, 2025** at **2:58 pm**, I:

delivered to its **REGISTERED AGENT** a true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of the Federal Securities Laws, Jury Trial Demanded, and Civil Cover Sheet** with the date of service endorsed thereon by me, to: **Robert D. Axelrod** as the **authorized agent** at the address of: **2425 Fountain View, Suite 255, Houston, TX 77057** authorized to accept service on behalf of **RCI Hospitality Holdings, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 19 day of December, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

BLANCHE CUNNINGHAM
Notary Public, State of Texas
Comm. Expires 09-30-2026
Notary ID 128439279

Andrew L. Garza
PSC 4491   Exp.12/31/27

A-1 HouTex Civil Process
6214 Sampras Ace Ct.
Corporate office
Spring, TX 77379
(281) 808-2616

Our Job Serial Number: AHC-2025002157
Ref: 2025002157

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V