IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>　　　　Defendants. | Case No: 4:25-cv-04477<br><br>CLASS ACTION<br><br>JUDGE KEITH P. ELLISON |

**MOVANT SCOTT BIALES' CERTIFICATE OF INTERESTED PARTIES**

Movant Scott Biales certifies that the following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to counsel to be financially interested in the outcome of this litigation:

1. Alex Hernandez, Plaintiff

2. Scott Biales, Movant;

3. Douglas Snyder, Movant;

4. Paul Stroub, Movant;

5. RCI Hospitality Holdings, Inc., Defendant;

6. William J. Neylan III, in his capacity as Co-Trustee and on behalf of WJ Neylan III, T A Neylan TTEE, Wiliam J Neylan III REV Living TR, U/A 12/5/12 Trust, Movant;

7. All persons or entities that purchased or otherwise acquired RCI Hospitality Holdings, Inc. common stock (RICK) between December 15, 2021, and September 16, 2025, inclusive (the "Class Period"), Putative Class Members;

8. Eric S. Langan, Defendant;

9. Bradley Chhay, Defendant;

10. The Rosen Law Firm, P.A., counsel for Plaintiff Hernandez and Movant Biales;

11. Saxena White P.A., counsel for Movant Stroub and Neylan; and

12. Ajamie LLP, counsel for Movant Stroub and Neylan.

Dated: December 31, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Phillip Kim
Phillip Kim, Esq., attorney-in-charge
State Bar Number: NY4145397
S.D. Tex. Bar Number: 1036827275
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of December 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                    */s/ Phillip Kim*
                                      Phillip Kim