Case 4:25-cv-04477   Document 20   Filed 01/06/26 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

Alex Hernandez

    Plaintiff,

vs.                                                  Case No.: 4:25−cv−04477
                                                       Judge Keith P Ellison

RCI Hospitality Holdings, Inc. , et al.

    Defendant.

## NOTICE REGARDING INITIAL CONFERENCE

    This notice is being issued in connection with the above referenced proceeding. We are currently scheduled for an initial, or scheduling, conference. As a standard practice in this court, we ask that parties try to agree to dates and deadlines and submit them in the form of a proposed scheduling order. If the parties are able to reach an agreement, the Court will dispense with the conference. I am attaching the standard form scheduling order, which can also be downloaded from the court's website: www.txs.uscourts.gov.

    In working through the schedule, please keep in mind that trial is normally scheduled within fifteen months after the case is filed in, or removed to, federal court. Dispositive motions should be filed three months prior to the trial date. In the attached proposed scheduling order, we have included specific due dates for dispositive motions and the joint pretrial order. We have also noted a trial date based on the guidelines stated above.

    If you return the completed scheduling order one week prior to your scheduled hearing, the conference will be cancelled. The order should be e-mailed to my Case Manager, Arturo Rivera at Arturo_Rivera@txs.uscourts.gov.

    Signed on January 6, 2026, at Houston, Texas.

_____
Keith P. Ellison
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alex Hernandez | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−04477 |
| | § | |
| RCI Hospitality Holdings, Inc., et al. | § | |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial:_____Days       Jury:_____   Non-Jury:_____

1. (a) **NEW PARTIES** shall be joined by:                         _____
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) **AMENDMENT to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:                         _____

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:                         _____

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:                         _____

4. DISCOVERY must be completed by:                         _____
   (Due at least two weeks before motions deadline)
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:        11/23/26
                                                  (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:
(The Court will fill in this date)

2/15/27
(Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.
(The Court sets a firm trial date)

2/22/27
(15 Months from the date case filed)

_____          _____
Date                                                                    Keith P. Ellison
                                                                        United States District Judge


_____          _____
Date                                                                    Counsel for Plaintiff(s)


_____          _____
Date                                                                    Counsel for Defendant(s)

Case 4:25-cv-04477    Document 20    Filed 01/06/26 in TXSD    Page 3 of 3