IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>  Defendants. | Civil Action No.: 4:25-cv-04477-KPE<br><br>Hon. Keith P. Ellison<br><br>CLASS ACTION |

**JOINT STIPULATION REGARDING TIME TO ANSWER OR OTHERWISE PLEAD**

WHEREAS, on September 21, 2025, Plaintiff Alex Hernandez ("Plaintiff") filed a securities fraud class action complaint (the "Complaint") against Defendants RCI Hospitality Holdings, Inc., Eric S. Langan, and Bradley Chhay (together "Defendants" and with Plaintiff, the "Parties") (Dkt. No. 1);

WHEREAS, undersigned counsel for Defendants have accepted service of the Complaint on behalf of all Defendants;

WHEREAS, the current deadline for Defendants to respond to the Complaint in this action is January 8, 2026;

WHEREAS, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 on behalf of a putative class;

WHEREAS, the claims are also therefore subject to the automatic discovery stay pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

WHEREAS, pursuant to the PSLRA, a lead plaintiff and lead counsel will be appointed to pursue the alleged class claims;

WHEREAS, pursuant to the PSLRA, two putative class members filed motions seeking appointment as lead plaintiff on November 20, 2025; and

WHEREAS, on September 22, 2025, the Court set an Initial Pretrial and Scheduling Conference for January 9, 2026 (Dkt. No. 4);

WHEREAS, because all discovery is stayed, the Parties believe that the interests of judicial economy will be served by adjourning the January 9, 2026, conference until the case reaches the discovery stage;

WHEREAS, as the Court's decision on the appointment of lead plaintiff is pending, the parties do not oppose the January 9, 2026, conference being held for the purposes of oral argument on this issue, should the Court find it helpful;

WHEREAS, the parties anticipate that, following the conclusion of the statutory lead plaintiff process, the appointed lead plaintiff ("Lead Plaintiff") and approved lead counsel ("Lead Counsel") will file an amended or consolidated complaint or designate the Complaint as the operative complaint;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1. The Initial Pretrial and Scheduling Conference set for January 9, 2026, is adjourned, subject to the Court's discretion as to whether to hold the hearing for the purposes of oral argument on the matter of lead plaintiff appointment;

2. Within fourteen (14) days following entry of an order by the Court pursuant to the PSLRA appointing a Lead Plaintiff and approving Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule.

3. Defendants shall have no obligation to respond to the Complaint until the date ordered by the Court after it receives the proposed schedule.

4. Except as specifically set forth herein, all rights, claims, and defenses of the parties are fully preserved.

5. This stipulation is entered into without prejudice to any party seeking any interim relief.

Dated: January 6, 2025                                              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/       Phillip Kim*
Phillip Kim, attorney-in-charge
State Bar Number: NY4145397
S.D. Tex. Bar Number: 1036827275
Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
philkim@rosenlegal.com

*Counsel for Plaintiff Alex Hernandez & lead plaintiff movant Scott Biales*


**DLA PIPER LLP (US)**

/s/ *Jason S. Lewis*
Jason S. Lewis (attorney-in-charge)
  Texas Bar No. 2400755
  S.D. Tex. Bar No. 430226
  Jason.Lewis@us.dlapiper.com
Jason M. Hopkins
  Texas Bar No. 24059969
  S.D. Tex. Bar No. 2108564
  Jason.Hopkins@us.dlapiper.com
Ryan D. Lantry
  Texas Bar No. 24125130

3

   S.D. Tex. Bar No. 3857421
   Ryan.Lantry@us.dlapiper.com
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
TEL. 214-743-4500 / FAX: 214-743-4545

*Attorneys for Defendants RCI Hospitality Holdings, Inc., Eric S. Langan, and Bradley Chhay*

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of January 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

*/s/ Phillip Kim*
Phillip Kim