United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ALEX HERNANDEZ**, *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04477 |
| | § | |
| **RCI HOSPITALITY HOLDINGS, Inc.,** *et* | § | |
| *al.*, | § | |
| | § | |
| **Defendants.** | | |

## <u>ORDER</u>

Movant Douglas Snyder has filed a Notice of his Motion for Appointment as Lead Plaintiff. ECF No. 13. Accordingly, Plaintiff's Motion for Relief from Venue Transfer (ECF No. 8) is **WITHDRAWN**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 24th day of February, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE