IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Civil Action No.: 4:25-cv-04477-KPE |
| v. | Hon. Keith P. Ellison |
| RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY, | CLASS ACTION |
| Defendants. | |

**JOINT STIPULATION OF SCHEDULING/DOCKETING CONTROL ORDER**

Pursuant to the Court's Order [Doc. 4] and in advance of the March 5, 2026 Initial Conference [Doc. 22], the parties submit the following Joint Stipulation of Scheduling/Docket Control Order. In this matter brought under the Private Securities Litigation Reform Act of 1995 ("PSLRA") and subject to its lead plaintiff appointment procedure, the Court has yet to appoint a lead plaintiff and lead counsel. The parties anticipate that, once appointed, the lead plaintiff will file an amended complaint. Pursuant to PSLRA procedure, discovery in this matter is stayed until the Court's ruling on any forthcoming motion to dismiss that amended complaint.

As set forth in the parties' Joint Stipulation Regarding Time to Answer or Otherwise Plead [Doc. 21], the parties believe that in the interests of efficiency and the orderly administration of this matter, it would be suitable to propose the required scheduling order following the appointment of a lead plaintiff and lead the counsel, the filing of an amended complaint, and the resolution of any motion practice regarding the amended complaint.

Dated: February 26, 2026                                  Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/        Phillip Kim*
Phillip Kim, attorney-in-charge
State Bar Number: NY4145397
S.D. Tex. Bar Number: 1036827275
Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Philkim@rosenlegal.com

*Counsel for Plaintiff Alex Hernandez & lead plaintiff movant Scott Biales*

**DLA PIPER LLP (US)**

/s/ *Jason S. Lewis (with permission)*
Jason S. Lewis (attorney-in-charge)
  Texas Bar No. 2400755
  S.D. Tex. Bar No. 430226
  Jason.Lewis@us.dlapiper.com
Jason M. Hopkins
  Texas Bar No. 24059969
  S.D. Tex. Bar No. 2108564
  Jason.Hopkins@us.dlapiper.com
Ryan D. Lantry
  Texas Bar No. 24125130
  S.D. Tex. Bar No. 3857421
  Ryan.Lantry@us.dlapiper.com
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
TEL. 214-743-4500 / FAX: 214-743-4545

*Attorneys for Defendants RCI Hospitality Holdings, Inc., Eric S. Langan, and Bradley Chhay*

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of February 2026, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

*/s/ Phillip Kim*
Phillip Kim