United States District Court
Southern District of Texas
**ENTERED**
March 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-4477 |
|---|---|---|---|

| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated |
|---|
| *versus* |
| RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Marco A. Duenas<br>Saxena White P.A.<br>10 Bank Street, Suite 882<br>White Plains, NY 10606<br>(914) 200-3263, mduenas@saxenawhite.com<br>New York: 5653456<br>Federal Bar#: 5653456 |
|---|---|

| Name of party applicant seeks to appear for: | Paul Stroub and the Neylan Trust |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/24/2026 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 3/3/26 | Clerk's signature *[signature]* |
|---|---|

**Order**

Dated: 03/03/2026

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge