**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Alex Hernandez
   *Plaintiff(s),*

v.                                                                      Case No. 4:25−cv−04477

RCI Hospitality Holdings, Inc., et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion for Appointment − #9
Motion for Approval − #9
Motion for Appointment − #10

DATE:   **4/14/2026**

TIME:   **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**
By A. Rivera, Deputy Clerk                                    Date: March 27, 2026