United States District Court
Southern District of Texas

**ENTERED**

April 15, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ALEX HERNANDEZ, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-04477 |
| § | |
| RCI HOSPITALITY HOLDINGS, INC., *et* § | |
| *al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are competing Motions for Appointment of Lead Plaintiff by Movant Scott Biales (ECF No. 9) and Movants Paul Stroub and William Neylan III (ECF No. 10). The Court held a hearing on the Motions on April 14, 2026. For the reasons stated on the record at the hearing, the Court **GRANTED** Stroub and Neylan's Motion for Appointment of Lead Plaintiff (ECF No. 10) and **DENIED** Biales' Motion for Appointment of Lead Plaintiff (ECF No. 9). To memorialize its oral ruling, the Court therefore **ORDERS** as follows.

1. Stroub and Neylan are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action.

1 / 2

2. Stroub and Neylan's selection of Counsel is **APPROVED**, and Saxena White P.A. is **APPOINTED** to serve as Lead Counsel for the Class and Ajamie LLP is **APPOINTED** to serve as Liaison Counsel for the Class.

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 14, 2026.

Keith P. Ellison
United States District Judge