United States District Court
Southern District of Texas

**ENTERED**

May 13, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated, | Case No. 4:25-cv-4477-KPE |
| Plaintiff, | Hon. Keith P. Ellison |
| v. | CLASS ACTION |
| RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**
**GOVERNING PLEADING AND BRIEFING SCHEDULE**

Lead Plaintiff Paul Stroub ("Stroub") and William J. Neylan III, in his capacity as Co-Trustee and on behalf of WJ Neylan III, T A Neylan TTEE, Wiliam J Neylan III REV Living TR, U/A 12/5/12 Trust (the "Neylan Trust," and together with Stroub, "Lead Plaintiff") and Defendants RCI Hospitality Holdings, Inc. ("RCI"), Eric S. Langan, and Bradley Chhay (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties") in the above-captioned action (the "Action"), through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 21, 2025, Alex Hernandez filed a putative securities fraud class action complaint in this Court against Defendants (ECF No. 1) (the "Complaint");

WHEREAS, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and the Action is accordingly governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS, on November 20, 2025, Stroub and Neylan filed a timely motion for

appointment as lead plaintiff and approval of selection of counsel (ECF No. 10) (the "Lead Plaintiff Motion");

WHEREAS, on April 14, 2026, the Court granted the Lead Plaintiff Motion, appointed Stroub and Neylan to serve as Lead Plaintiff, and appointed Saxena White P.A. to serve as Lead Counsel for the Class and Ajamie LLP to serve as Liaison Counsel for the Class pursuant to the PSLRA (ECF No. 28);

WHEREAS, pursuant to the Joint Stipulation/Docketing Control Order (ECF No. 25), the Parties have met and conferred and agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this Action, an order should be entered regarding the filing of a consolidated complaint by Lead Plaintiff and a commensurate briefing schedule for Defendants' anticipated motion to dismiss, and the Parties agree that good cause exists;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, as follows:

1.     Lead Plaintiff shall file a consolidated complaint on or before June 12, 2026;

2.     Defendants shall move to dismiss, answer, or otherwise respond to the consolidated complaint on or before August 11, 2026;

3.     Lead Plaintiff shall file any opposition thereto on or before September 25, 2026;

4.     Defendants shall file any reply thereto on or before October 26, 2026.

**IT IS SO STIPULATED**

Dated: May 8, 2026

**AJAMIE LLP**                                          **DLA PIPER LLP (US)**

By: */s/ Thomas R. Ajamie*                    By: */s/ Jason S. Lewis*
Thomas R. Ajamie, Attorney-in-Charge    Jason S. Lewis, Attorney-in-Charge

- 3 -

Texas Bar No. 00952400
S.D. Tex. No. 6165
John S. "Jack" Edwards, Jr.
Texas Bar No. 24040851
S.D. Tex. No. 38095
Pennzoil Place – South Tower
711 Louisiana, Suite 1600
Houston, TX 77002
Tel.: (713) 860-1600
Fax: (713) 860-1699
tajamie@ajamie.com
jedwards@ajamie.com

*Liaison Counsel for the Class*

**SAXENA WHITE P.A.**
Lester R. Hooker (*pro hac vice*
forthcoming)
Nicholas Corso (*pro hac vice* forthcoming)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com
ncorso@saxenawhite.com

Marco A. Dueñas (admitted *pro hac vice*)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 200-3263
Fax: (888) 631-3611
mduenas@saxenawhite.com

*Lead Counsel for the Class*

Texas Bar No. 24007551
S.D. Tex. Bar No. 430226
Jason.Lewis@us.dlapiper.com
Jason M. Hopkins
Texas Bar No. 24059969
S.D. Tex. Bar No. 2108564
Jason.Hopkins@us.dlapiper.com
Ryan D. Lantry
Texas Bar No. 24125130
S.D. Tex. Bar No. 3857421
Ryan.Lantry@us.dlapiper.com
1900 North Pearl Street. Suite 2200
Dallas, TX 77002
Tel.: (214) 743-4548
Fax: (972) 813-6250

*Attorneys for Defendants*

**IT IS SO ORDERED**

Dated: __May 12th_____, 2026

Hon. Keith P. Ellison
United States District Judge

- 4 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ *Thomas R. Ajamie*
Thomas R. Ajamie