*Hernandez v. RCI Hospitality Holdings, et al.*, Case No. 4:25-cv-04477-KPE
**Appendix A to Motion to Dismiss: Statements Challenged in the Complaint**

| Category | Statement | Source[1] | Speaker | Compl. ¶ |
|---|---|---|---|---|
| Risk Disclosure | "Risks related to regulations and/or regulatory agencies<br><br>* * *<br><br>*Activities or conduct at our nightclubs may cause us to lose necessary business licenses, expose us to liability, or result in adverse publicity, which may increase our costs and divert management's attention from our business.*<br><br>We are subject to risks associated with activities or conduct at our nightclubs that are illegal or violate the terms of necessary business licenses …. Illegal activities or conduct at any of our nightclubs may result in negative publicity or litigation.  Such consequences may increase our cost of doing business, divert management's attention from our business and make an investment in our securities unattractive to current and potential investors, thereby lowering our profitability and our stock price." | RCI 10-Ks FY2020–FY2024 | RCI | 99 |
| Risk Disclosure | "Risks related to regulations and/or regulatory agencies<br><br>* * *<br><br>We have developed comprehensive policies aimed at ensuring that the operation of each of our nightclubs is conducted in conformance with local, state and federal law.  We have a 'no tolerance' policy on illegal drug use in or around our facilities. We continually monitor the actions of entertainers, waitresses and customers to ensure that proper behavior standards are met.  However, such policies, no matter how well designed and enforced, can provide only reasonable, not absolute, assurance that the policies' objectives are being achieved. Because of the inherent limitations in all control systems and policies, there can be no assurance | RCI 10-Ks FY2020–FY2024 | RCI | 101 |

---

[1] Defendants provide a list of sources for statements referenced in the Complaint but chose not to attach copies of all the source documents to avoid burdening the Court with voluminous documents.  Defendants can provide copies of these materials upon request.

| Category | Statement | Source[1] | Speaker | Compl. ¶ |
|---|---|---|---|---|
| | that our policies will prevent deliberate acts by persons attempting to violate or circumvent them. Notwithstanding the foregoing limitations, management believes that our policies are reasonably effective in achieving their purposes." | | | |
| Internal Controls | "Management identified material weaknesses related to": <br><br> 2020 10-K: "management's review of the income tax provision" <br><br> 2021 10-K: "estimates relating to impairment of goodwill, indefinite-lived intangibles and long-lived assets" <br><br> 2022 10-K: "management's review of the Company's accounting for business combinations" <br> 2023 10-K: (1) "management's review of the Company's accounting for business combinations"; (2) "impairment of goodwill, indefinite-lived intangibles and long-lived assets"; and (3) "ineffective information technology general controls" <br><br> 2024 10-K: (1) "information technology general controls"; (2) "accounting for business combinations"; and (3) "assessments of potential impairment" | RCI 10-Ks FY2020–FY2024 | RCI | 103 |
| Internal Controls | "Management is committed to the remediation of the material weaknesses described above." | RCI 10-Ks FY2020–FY2024 | RCI | 105 |
| Internal Controls | "It is our belief that these added controls will effectively remediate the existing material weaknesses." | RCI 10-Ks FY2020–FY2024 | RCI | 105 |
| Internal Controls | "Except for the remediation efforts as discussed above, there have been no other changes in our internal control over financial reporting … that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting." | RCI 10-Ks RCI 10-Qs FY2020–FY2024 | RCI | 106, 107 |

2

| Category | Statement | Source[1] | Speaker | Compl. ¶ |
|---|---|---|---|---|
| GAAP (Accounting Policies) | "Management's discussion and analysis of financial condition and results of operations are based upon our financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States ('GAAP'). The preparation of these consolidated financial statements requires our management to make assumptions and estimates about future events and apply judgments that affect the reported amounts of assets, liabilities, revenues and expenses, and related disclosure of contingent assets and liabilities. These estimates are based on management's historical and industry experience and on various other assumptions that are believed to be reasonable under the circumstances. On a regular basis, we evaluate these accounting policies, assumptions, estimates and judgments to ensure that our financial statements are presented fairly and in accordance with GAAP.  However, because future events and their effects cannot be determined with certainty, actual results may differ from our estimates, and such differences could be material." | RCI 10-Ks FY2020–FY2024 | RCI | 109 |
| GAAP (Accrual Basis) | "The accounts are maintained and the consolidated financial statements have been prepared using the accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America ('U.S. GAAP' or 'GAAP')." | RCI 10-Ks FY2020–FY2024 | RCI | 110 |
| GAAP (Revenue Recognition) | "The Company recognizes revenue from the sale of alcoholic beverages, food and merchandise, service and other revenues at the point-of-sale upon receipt of cash, check, or credit card charge, net of discounts and promotional allowances based on consideration specified in implied contracts with customers. Sales and liquor taxes collected from customers and remitted to governmental authorities are presented on a net basis in the accompanying consolidated statements of operations. The Company recognizes revenue when it satisfies a performance obligation (point in time of sale) by transferring control over a product or service to a customer." | RCI 10-Ks FY2020–FY2023 | RCI | 112 |

| Category | Statement | Source[1] | Speaker | Compl. ¶ |
|---|---|---|---|---|
| GAAP (Revenue Recognition) | "The Company recognizes revenue from the sale of alcoholic beverages, food and merchandise, service (which include cover charges, dance dollar surcharges, membership fees, and facility use fees, among others), and other revenues (which include commissions from vending and ATM machines, real estate rental, valet parking, and other products and services for both nightclub and restaurant/sports bar operations, among others) at the point-of-sale upon receipt of cash, check, or credit card charge, net of discounts and promotional allowances based on consideration specified in implied contracts with customers.  Sales and liquor taxes collected from customers and remitted to governmental authorities are presented on a net basis in the accompanying consolidated statements of income. The Company recognizes revenue when it satisfies a performance obligation (point in time of sale) by transferring control over a product or service to a customer." | RCI 10-K FY 2024 | RCI | 113 |
| SOX Certification | "Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report." | RCI 10-Ks RCI 10-Qs FY2020–FY2024 | Langan Chhay | 115 |
| SOX Certification | "Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report." | RCI 10-Ks RCI 10-Qs FY2020–FY2024 | Langan Chhay | 115 |
| SOX Certification | "I have … Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under my supervision … [and] Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal year that has materially affected, or is | RCI 10-Ks RCI 10-Qs FY2020–FY2024 | Langan Chhay | 115 |

| Category | Statement | Source[1] | Speaker | Compl. ¶ |
|---|---|---|---|---|
| | reasonably likely to materially affect, the registrant's internal control over financial reporting." | | | |
| SOX Certification | "I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's independent registered public accounting firm and the audit committee … (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting." | RCI 10-Ks RCI 10-Qs FY2020–FY2024 | Langan Chhay | 115 |
| Code of Ethics | "Each Officer shall adhere to and advocate the following principles and responsibilities governing professional and ethical conduct:<br><br>1. Act with honesty and integrity, avoiding actual or apparent conflicts of interest in personal and professional relationships.<br><br>2. Provide information that is full, fair, accurate, complete, objective, relevant, timely, and understandable to the Company's Board of Directors, the Securities and Exchange Commission, the Company's stockholders, and the public.<br><br>3. Comply with applicable governmental laws, rules, and regulations.<br><br>4. Act in good faith, responsibly, with due care, competence and diligence, without misrepresenting material facts or allowing your independent judgment to be subordinated.<br><br>5. Take all reasonable measures to protect the confidentiality of non-public information about the Company acquired in the course of your work except when authorized or otherwise legally obligated to disclose | Code of Ethics referenced in RCI 10-Ks FY2020–FY2024 | RCI | 117 |

5

| Category | Statement | Source[1] | Speaker | Compl. ¶ |
|---|---|---|---|---|
|  | such information and to not use such confidential information for personal advantage.<br><br>6. Assure responsible use of and control over all assets and resources employed or entrusted to you.<br><br>7. Promptly report to the Chairman of the Audit Committee:<br><br>a. any information you may have regarding any violation of this Code;<br><br>b. any actual or apparent conflict of interest between personal and/or professional relationships involving management or any other employee with a role in financial reporting disclosures or internal controls;<br><br>c. any information you might have concerning evidence of a material violation of the securities or other laws, rules or regulations applicable to the Company and its operations;<br><br>d. significant deficiencies in the design or operation of internal controls that could adversely affect the Company's ability to record, process, summarize or report financial data; or<br><br>e. any fraud, whether or not material, that involves management or other employees who have a significant role in the Company's financial reporting, disclosures or internal controls." |  |  |  |

| Category | Statement | Source[1] | Speaker | Compl. ¶ |
|---|---|---|---|---|
| Earnings Call (Internal Controls) | "Yeah.  So it started off, as you say, in 2020, we took a stance and our auditors took a stance on it. And at that time Congress and IRS, couldn't agree on whether the PPP should be deemed as a discrete item or a non-discrete item, whether it should be counted as forgiveness item or not.  So that being said, it was just a material weakness on difference of opinion. And then as you fast forward it, we had another material weakness because we have to make an adjustment to our tax provision entry. All of these are just noncash estimates that come up as accrual entries. So, I mean we have instilled more of a review process.  We have hired more CPAs, and we're going to be doing a lot more reviews with a fine-tooth comb." | Q2 FY2022 Earnings Call (May 9, 2022) | Chhay | 120 |
| Earnings Call (Internal Controls) | "Yes, sure. If you noticed, they continuously change, right. It's like our auditors are continually trying to find some new material weakness every single year. And typically, when they're found, whether by us, whether by our internal third-party independent auditors or by the auditing companies or by auditors ourselves, we immediately make changes and adjust and correct them." | Q1 FY2024 Earnings Call (Feb. 8, 2024) | Langan | 121 |
| Earnings Call (Internal Controls) | "I will say that none of the weaknesses they've ever found have ever caused restatement of financials, they've never found any fraud or anything like that." | Q1 FY2024 Earnings Call (Feb. 8, 2024) | Langan | 121 |
| Earnings Call (Internal Controls) | "And so basically, what they say with our IT stuff, I think, is basically is --basically one guy had powers to change and do things and where was the check system on him. And I think we've resolved all of that now through notifications to certain people if things are changed and whatnot, but you don't know what you don't know until they come in and say, 'Oh, this is could happen or this could happen.' Even though it's never happened, obviously once it happens, we've always taken, or anything | Q1 FY2024 Earnings Call (Feb. 8, 2024) | Langan | 121 |

| Category | Statement | Source[1] | Speaker | Compl. ¶ |
|---|---|---|---|---|
|  | has ever happened, we've always been able to fix and adjust the system. But we can't think of every little detail and every little thing constantly that could happen when it does never happen or has never happened, or hasn't even happened to somebody else. So those are the things we deal with, and we just keep working on that." |  |  |  |
| Earnings Call (*The Bear Cave*) | "I would refer you to the 10-Q and the disclosures . . . and state that I cannot make any comments on our ongoing -- any type of ongoing investigations at this time.  But there are disclosures in the 10-Q if you want to see, see what that is.  And you'll see that he was a little off base on accusations, he made." | Q3 FY2024 Earnings Call (Aug. 8, 2024) | Langan | 123 |
| Item 103 | Plaintiffs allege that Item 303 (17 C.F.R. § 229.303) "required RCI's 10-Ks and 10-Qs . . . to disclose the involvement of the Company and its senior executives in the Tax Fraud Scheme." | RCI 10-Ks RCI 10-Qs FY2020–FY2024 | RCI | 128 |
| GAAP (Revenue Recognition) | "Sales and liquor taxes collected from customers and remitted to governmental authorities are presented on a net basis in the accompanying consolidated statements . . .." | RCI 10-Ks RCI 10-Qs FY2020–FY2024 | RCI | 133 |
| GAAP (Accrual Basis) | Plaintiffs allege that "Defendants failed to accrue RCI's sales tax laibilities [sic] with respect to Dance Dollars and the related service surcharge." | RCI 10-Ks RCI 10-Qs FY2020–FY2024 | RCI | 135 |
| GAAP (Improper Recording) | Plaintiffs allege that "Defendants improperly recording of illegal bribes to Plunkett as 'promotional expenses' in RCI's financial statements." | RCI 10-Ks RCI 10-Qs FY2020–FY2024 | RCI | 139 |