**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>     Defendants. | Case No. 4:25-cv-4477-KPE<br><br>Hon. Keith P. Ellison |

**ORDER GRANTING MOTION TO DISMISS**
**AMENDED CLASS ACTION COMPLAINT**

This Court, having considered Defendants RCI Hospitality Holdings, Inc., Eric S. Langan, and Bradley Chhay Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") (ECF No. 31), together with all related filings and matters appropriate for consideration pursuant to law, finds that the Motion should be **GRANTED**. It is therefore,

  **ORDERED**, **ADJUDGED**, and **DECREED** that the Complaint is dismissed with prejudice.

Signed this \_\_\_\_ day of _____, _____.

         _____
         HON. KEITH P. ELLISON
         UNITED STATES DISTRICT JUDGE

1