**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>     v.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>                       Defendants. | Case No. 4:25-cv-4477-KPE<br><br>Hon. Keith P. Ellison |

**APPENDIX OF EXHIBITS IN SUPPORT OF**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Pursuant to Section 6.B. of the Court Procedures of Judge Keith P. Ellison, Defendants RCI Hospitality Holdings, Inc. ("RCI" or the "Company"), Eric S. Langan ("Langan"), and Bradley Chhay ("Chhay") (collectively, "Defendants") submit this appendix of exhibits in support of their Motion to Dismiss the Amended Class Action Complaint.

| Exhibit | Description |
|---|---|
| 1 | *In re Alta Mesa Res., Inc. Sec. Litig.*, No. 19-cv-957, 2024 U.S. Dist. LEXIS 142669 (S.D. Tex. Aug. 12, 2024) |
| 2 | *In re AT&T Inc. Sec. Litig.*, No. 24-cv-01196, 2025 U.S. Dist. LEXIS 114032 (N.D. Tex. June 16, 2025) |
| 3 | *Edgar v. Anadarko Petroleum Corp.*, No. 17-1372, 2019 U.S. Dist. LEXIS 39977 (S.D. Tex. Mar. 13, 2019) |
| 4 | *In re Inotiv Sec. Litig.*, No. 22-cv-045, 2024 U.S. Dist. LEXIS 57688 (N.D. Ind. Mar. 29, 2024) |
| 5 | *Janbay v. Canadian Solar, Inc.*, No. 10-cv-4430, 2012 U.S. Dist. LEXIS 47125 (S.D.N.Y. Mar. 30, 2012) |
| 6 | *In re KBR, Inc. Sec. Litig.*, No. 17-cv-1375, 2018 U.S. Dist. LEXIS 221137 (S.D. Tex. Aug. 31, 2018) |
| 7 | *In re Lumen Techs., Inc. Sec. Litig. II*, No. 23-cv-1290, 2025 U.S. Dist. LEXIS 63067 (W.D. La. Mar. 14, 2025) |

2

| Exhibit | Description |
| --- | --- |
| 8 | *Markman v. Whole Foods Mkt., Inc.*, No. 15-cv-681, 2016 U.S. Dist. LEXIS 188833 (W.D. Tex. Aug. 19, 2016) |
| 9 | *Prause v. TechnipFMC, PLC*, No. 17-cv-02368, 2019 U.S. Dist. LEXIS 44230 (S.D. Tex. Jan. 18, 2019) |
| 10 | *SEC v. Bowen*, No. 22-cv-1415, 2024 U.S. Dist. LEXIS 127132 (N.D. Tex. July 17, 2024) |
| 11 | *Shen v. Exela Techs., Inc.*, No. 20-cv-0691, 2021 U.S. Dist. LEXIS 118164 (N.D. Tex. June 24, 2021) |

Dated: August 11, 2026                 Respectfully submitted,

**DLA PIPER LLP (US)**

/s/ *Michael J. Biles*
Michael J. Biles (*Attorney-In-Charge*)
  Texas Bar No. 24008578
  SDTX #23146
  Michael.Biles@us.dlapiper.com
Frances R. Fink
  Texas Bar No. 24135291
  SDTX #3891163
  Frances.Fink@us.dlapiper.com
**DLA PIPER LLP (US)**
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: 512.457.7010
Facsimile: 512.721.2212

-and-

Jason S. Lewis
  Texas Bar No. 24007551
  SDTX #430226
  Jason.Lewis@us.dlapiper.com
Ryan D. Lantry
  Texas Bar No. 24125130
  SDTX #3857421
  Ryan.Lantry@us.dlapiper.com
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: 214.743.4546
Facsimile: 214.743.4545

***Attorneys for Defendants RCI Hospitality Holdings, Inc., Eric S. Langan, and Bradley Chhay***

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ *Michael J. Biles*

Michael J. Biles