**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| ALEX HERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RCI HOSPITALITY HOLDINGS, INC., ERIC S. LANGAN, and BRADLEY CHHAY,<br><br>Defendants. | Case No. 4:25-cv-04477-KPE<br><br>Hon. Keith P. Ellison |

**[PROPOSED] ORDER DENYING DEFENDANTS'**
**MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

This Court, having considered Defendants RCI Hospitality Holdings, Inc., Eric S. Langan, and Bradley Chhay's Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion"), together with Lead Plaintiffs' Opposition to Defendants' Motion, and all related filings and matters appropriate for consideration pursuant to law, finds that the Motion should be **DENIED**.

It is therefore,

**ORDERED**, **ADJUDGED**, and **DECREED**, that Defendants' Motion is denied in its entirety.

Signed this ___ day of ____________, 202__.

______________________________
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE